UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **2:15-CR-26** |
| v. | ) |  |
|  | ) |  |
| JOSHUA JAMES COLLINS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ORDER**

On May 31, 2022, the Court held Defendant's initial appearance on an amended petition for revocation filed in the cause based upon Defendant's alleged violations of his conditions of release [Doc. 52]. The Court reviewed with Defendant the content of the petition. After doing so, the Court advised Defendant of the right to a detention hearing pursuant to Fed. R. Crim. P. 32.1(a)(6) and a preliminary hearing on the allegations contained in the petition pursuant to Fed. R. Crim. P. 32.1(b)(1). After conferring with defense counsel, Defendant requested a preliminary hearing but waived a detention hearing without prejudice to later requesting one. The preliminary hearing was set for **Monday, June 6, 2022, at 10:30 a.m**. before the undersigned. *See* [Doc. 54]. Defendant's presence is REQUIRED at that time.

The final revocation hearing in this matter is set for **August 22, 2022, at 10:30 a.m.** before the Honorable J. Ronnie Greer, Senior United States District Judge.

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge